```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00073
   ISAAC KELLY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-9562

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/03/2008 and was confirmed 06/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
IL DEPT OF EMPLOYMENT SE  UNSECURED          5161.23            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE      1607.55            .00        1607.55
GIA WILLIAMS              NOTICE ONLY      NOT FILED            .00            .00
NUVELL CREDIT CO LLC      UNSECURED        NOT FILED            .00            .00
GREGORY EMERGENCY PHYS    UNSECURED        NOT FILED            .00            .00
GREGORY EMERGENCY PHYS    UNSECURED        NOT FILED            .00            .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED            .00            .00
UNITED AUTO CREDIT        UNSECURED        NOT FILED            .00            .00
N C S  (COMMERCIAL CREDI  UNSECURED           730.66            .00            .00
PRODOVIS MORTGAGE         CURRENT MORTG          .00            .00            .00
PRODOVIS MORTGAGE         MORTGAGE ARRE      4265.06            .00        1987.51
LITTON LOAN SERVICING     NOTICE ONLY      NOT FILED            .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED            .00            .00
ARROWOOD INDEMNITY        FILED LATE             .00            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                            560.62
DEBTOR REFUND             REFUND                                             923.80

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            8,079.48

PRIORITY                                      .00
SECURED                                  3,595.06
UNSECURED                                     .00
ADMINISTRATIVE                           3,000.00
TRUSTEE COMPENSATION                       560.62
DEBTOR REFUND                              923.80
                                     ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00073 ISAAC KELLY
```

```
TOTALS                               8,079.48              8,079.48
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/05/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```